IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

        Plaintiff,                         22cv0236
                                         LEAD CASE

            v.

LEGRAND NORTH AMERICA, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                         22cv0240
                                         MEMBER CASE

            v.

PRX PERFORMANCE, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                         22cv0242
                                         MEMBER CASE

            v.

FOREST DECOR, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                         22cv0249
                                         MEMBER CASE

             v.

QUINCY BIOSCIENCE, LLC,

        Defendant.

---

1

BLAIR DOUGLASS,

        Plaintiff,                              22cv0250
                                              MEMBER CASE

             v.

LUCKY HEALTH GROUP, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              22cv0257
                                              MEMBER CASE

             v.

REPRESENT YOUR WATER INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              22cv0261
                                                  MEMBER CASE

             v.

PERFORMIX LLC,

        Defendant.

BLAIR DOUGLASS,

              Plaintiff,                            22cv0262
                                                                 MEMBER CASE

                 v.

TRP ACQUISITION, INC.,

              Defendant.

---

BLAIR DOUGLASS,

              Plaintiff,                            22cv0263
                                                                 MEMBER CASE

                 v.

THREADBEAST, LLC,

              Defendant.

---

BLAIR DOUGLASS,

              Plaintiff,                            22cv0264
                                                                 MEMBER CASE

                 v.

HARDBODY SUPPLEMENTS, LLC,

              Defendant.

---

BLAIR DOUGLASS,

              Plaintiff,                            22cv0268
                                                                 MEMBER CASE

                 v.

COVE SMART, LLC,

              Defendant.

BLAIR DOUGLASS,

           Plaintiff,                22cv0286
                                            MEMBER CASE

                v.

TERVIS TUMBLER COMPANY,

           Defendant.

---

BLAIR DOUGLASS,

           Plaintiff,                22cv0287
                                            MEMBER CASE

                v.

DOS OF ROSES, INC.,

           Defendant.

---

BLAIR DOUGLASS,

                                          22cv0288
           Plaintiff,                MEMBER CASE

                v.

MASSDROP INC.,

           Defendant.

---

BLAIR DOUGLASS,

            Plaintiff,                22cv0298
                                              MEMBER CASE

                v.

ALPHA OES, LLC.,

           Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                22cv0297
                                         MEMBER CASE

              v.

JEWELSCENT, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                22cv0305
                                         MEMBER CASE

              v.

DIRECT MARKETING VENTURES, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                22cv0306
                                         MEMBER CASE

              v.

TRUEWERK, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                22cv0314
                                         MEMBER CASE

              v.

STRIDELINE, LLC,

        Defendant.

---

BLAIR DOUGLASS,

                Plaintiff,                         22cv0315

                                                      MEMBER CASE

                      v.

JOAH BROWN, LLC

                Defendant.

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.      Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-297, 22-298, 22-305, 22-306, 22-314, and 22-315 are hereby consolidated with **Civil Action No. 2:22-cv-236**, the lead case as captioned above.

2.      All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2: 22-cv-236.**

3.      The Clerk of Court shall **close** Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-297, 22-298, 22-305, 22-306, 22-314 and 22-315.

                         **SO ORDERED** this 23rd day of February, 2022.

                         s/Arthur J. Schwab
                         Arthur J. Schwab
                         United States District Judge